AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
## for the
## Western District of New York

United States of America

v.

Michael Roncone

_Defendant_

Case No. 23-mj- 168

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of December 7, 2023, in the County of Erie, in the Western District of New York, the ~~defendant did knowingly, in violation of Title 18, United States Code, Section 922(g)3.~~ defendant did knowingly possess firearms ~~and~~ while being an unlawful user of controlled substances in Violation of Title 18, United States Code, Section 922(g)3.

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

_Thomas V. Weis_
Complainant's signature

THOMAS V. WEIS
SPECIAL AGENT
Federal Bureau of Investigation
Printed name and title

Sworn to before me and signed in my presence.

Date: December 7, 2023

_H. Kenneth Schroeder, Jr._
Judge's signature

City and State: Buffalo, New York

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTY OF ERIE        )   SS:
CITY OF BUFFALO     )

I, **THOMAS WEIS**, being duly sworn, depose and state:

## AGENT BACKGROUND AND INTRODUCTION

I, **Thomas V. Weis**, Special Agent of the Federal Bureau of Investigation, United States Department of Justice, having been duly sworn, states as follows:

1.  I am a Special Agent with the Federal Bureau of Investigation ("FBI"), United States Department of Justice. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2.  I have served as an FBI Special Agent since March of 2017. During that time, I have participated in investigations involving drug trafficking and organized crime matters. In addition, I have had the opportunity to work with several other FBI agents and other law enforcement agents and officers of varying experience levels, who have also investigated obstruction of justice matters and drug trafficking networks, with regard to the manner in which controlled substances are obtained, diluted, packaged, distributed, sold and used within the framework of drug trafficking in the Western District of New York. As a result of my experience, I am familiar with how controlled substances are obtained, diluted, packaged,

distributed, sold, and used in the framework of drug trafficking in the Western District of New York and how drug traffickers utilize wire communications to facilitate their illegal activities. Further, I am familiar with how individuals utilize wire communications to facilitate the sharing of information, including Law Enforcement activity and/or potential investigations into illegal activities. My investigative experience detailed herein, and the experiences of other law enforcement agents, who are participating in this investigation, serve as the basis for the opinions and conclusions set forth herein.

3. I have personally participated in the investigation set forth below. I am familiar with the facts and circumstances of the investigation through my personal participation, discussions with other agents of the FBI, HSI, and other law enforcement officials, interviews of witnesses, and my review of relevant records and reports. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided by an FBI agent, law enforcement officer, or witness who had either direct or hearsay knowledge of that statement, to whom I or others have spoken or whose reports I have read and reviewed. Such statements are among statements made by others and are stated in substance and in part unless otherwise indicated. Any interpretations or opinions rendered in this affidavit are based on my training and experience, and upon my consultation with other experienced investigators, in the context of the facts of this investigation.

4. I have set forth only the facts that I believe are necessary to establish probable cause that:

a. MICHAEL RONCONE ("RONCONE") has committed violations of Title 18, United States Code, 922(g)(3) (unlawful user of a controlled substance in possession of a firearm).

5. This affidavit is provided for the limited purpose of establishing probable cause to support the attached complaint and therefore does not contain each and every detail of the investigation.

**PROBABLE CAUSE**

6. On December 5, 2023, the FBI obtained a federal search warrant (the "Warrant") authorizing the search of 4998 William Street, Lancaster, NY 14086 ("**RONCONE'S HOME**"), and the Rare Breed Motorcycle Club's clubhouse ("**RBMC CLUBHOUSE**") in Wellsville, NY.

7. **RONCONE** is the president of the Rare Breed Motorcycle Club, a support club of the Outlaws Motorcycle Club, an international criminal organization. The Outlaws MC have maintained a presence in the Buffalo, New York area unabated, and have been the dominant 1% biker club in the region.

8. In executing the Warrant on December 7, 2023, FBI agents discovered, among other evidence of criminal activity, evidence that **RONCONE** is an unlawful user of controlled substances in possession of a firearm in violation of 18 U.S.C. § 922(g)(3).

9. Across the two premises, FBI agents discovered cocaine, marijuana, drug paraphernalia, and approximately twenty-nine firearms. In **RONCONE'S HOME**, for

3

instance, FBI found multiple firearms in a safe containing marijuana. Elsewhere in the residence, agents discovered cocaine and cocaine paraphernalia as pictured below.









10. At the RBMC's Wellsville Clubhouse, agents discovered marijuana and firearms in a recreational vehicle containing **RONCONE'S** identification, as pictured below:





11. Among the firearms recovered from the RBMC Wellsville Clubhouse was an SKS Rifle, pictured above, bearing serial number 1803870.

12. On December 7, 2023, Special Agent William Farnham, a certified Firearms Interstate Nexus Expert with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), was consulted and provided an interstate nexus determination of the above-mentioned firearm, found at the RBMC Wellsville Clubhouse, as well as the firearms recovered from **RONCONE'S HOME**. SA Farnham determined, based upon his personal knowledge, experience, and research, that firearms seized from both premises, including the SKS Rifle, were manufactured outside of the State of New York and would have traveled in and affected interstate commerce prior to their recovery in the State of New York.

13. Based on the foregoing—specifically, the firearms seized from **RONCONE'S** home and the RBMC Wellsville Clubhouse and the cocaine and marijuana seized from **RONCONE'S** home and the RBMC Wellsville Clubhouse—there is probable cause to believe that **RONCONE** committed violations of Title 18, United States Code, 922(g)(3) (unlawful user of a controlled substance in possession of a firearm).

## CONCLUSION

WHEREFORE, based upon the foregoing, I respectfully submit that there is probable cause to believe that **MICHAEL RONCONE** have committed violations of the Enumerated Offense.

*Thomas V. Weis*
_____
THOMAS V. WEIS
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed telephonically
this 7th day of December, 2023.

*H. Kenneth Schroeder, Jr.*
_____
HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Judge

9